**No. 60063.**—Electrolux Corp. *v.* United States, protest 282852–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of finished necessary parts, composed wholly or in chief value of base metal, of electric floor polishers; that said polishers are articles which have as an essential feature an electrical element or device; and that the issues are the same in all material respects as those involved in *United States* v. *J. E. Bernard & Company, Inc.* (42 C. C. P. A. 141, C. A. D. 586), except that the merchandise therein consisted of parts of electric ironers, the claim of the plaintiff was sustained.

**No. 60064.**—J. J. Hayes Co. *v.* United States, protests 268941–K, 270058–K, and 278292–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of steel wire rods over 0.20 inch in diameter, cold-drawn, and valued at over 4 cents per pound, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JUNE 21, 1956

**No. 60065.**—Artco Industrial Company, Inc. *v.* United States, protest 274812–K (Philadelphia).

Opinion by EKWALL, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.